

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR -3  AM 8:38

CLERK_____
SO. DIST. ___ GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
| | ) | Vio:  18 U.S.C. § 1349 |
| v. | ) | Conspiracy to Commit |
| | ) | Health Care Fraud |
| SCHELLA HOPE and | ) | 18 U.S.C. § 1347 |
| ARLENE MURRELL | ) | Health Care Fraud |
| | ) | 18 U.S.C. § 1028A |
| Defendants. | ) | Aggravated Identity Theft |

CR213-016

## INTRODUCTION

**THE GRAND JURY ALLEGES THAT:**

At all times material to this Indictment:

1. Defendant **SCHELLA HOPE** was a licensed dietician and owned and operated Hope Nutritional Services, LLC ("HNS"), located in Brunswick, Georgia, in the Southern District of Georgia. HNS purported to provide nutrition services, mainly for children who were enrolled in Head Start, a government-funded education program for low-income children younger than six years old.

2. Defendant **ARLENE MURRELL** was a licensed dietician and owned and operated Quality Nutrition Services, located in Newnan, Georgia.

3. The Georgia Medical Assistance Program ("Medicaid") was administered by the Georgia Department of Community Health and funded jointly by the State of Georgia and by the United States government. Medicaid paid for certain health care services for indigent and low-income citizens who qualified under state guidelines. Individuals who received benefits under Medicaid were commonly referred to as Medicaid "members." Medicaid was a "health care benefit

1

program" as defined in Title 18, United States Code, Section 24.

4. In addition to Medicaid directly paying health care providers for services provided to Medicaid members, Medicaid contracted with private companies known as Care Management Organizations ("CMOs") to, among other things, pay health care providers on behalf of Medicaid. Because of this contractual relationship, references in this Indictment to Medicaid include CMOs.

5. In order to submit bills to Medicaid for reimbursement for health care services provided to Medicaid members, one had to be an approved Medicaid provider. A provider obtained this approval by submitting an application to Medicaid. If the applicant met certain minimum qualifications, Medicaid approved the application. The provider was issued a unique identification number called a "provider number."

6. Once a provider was issued a provider number, the provider could then submit bills, known as "claims," to Medicaid to obtain reimbursement for services provided to Medicaid members. Claims to Medicaid were typically submitted electronically, and required certain critical information, including: (a) the Medicaid member's name and identification number, (b) the description of the health care service that was provided or supplied to the Medicaid member; (c) the billing code for the health care service; (d) the date upon which the health care service was provided to the Medicaid member; and (e) the name and provider number of the health care provider that provided the service.

7. When a claim for reimbursement was submitted to Medicaid, the provider certified that the contents of the claim were true, correct, complete, and that the claim was submitted in compliance with the laws and regulations governing the Medicaid program. The provider also

certified that the health care services were medically necessary and were in fact provided as billed.

8.     Medicaid reimbursed providers for certain nutrition services provided to Medicaid members, but as with all claims, only if the nutrition services were medically necessary and were in fact provided as billed by a licensed dietician.

9.     From in or about January 2005 and continuing until in or about September 2011, Defendant **SCHELLA HOPE**, aided and abetted by Defendant **ARLENE MURRELL** and others, submitted bills to Medicaid for nutrition services totaling almost $4 million. Many of these claims were false and fraudulent because they were for services that were not provided as billed and not entitled to reimbursement by Medicaid.

## COUNT ONE
## CONSPIRACY TO COMMIT HEALTH CARE FRAUD
## 18 U.S.C. § 1349

**THE GRAND JURY CHARGES THAT:**

10.    The allegations of paragraphs 1 through 9 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

11.    Beginning no later than in or about August 2008, and continuing until in or about March 2009, the exact dates being unknown, in the Southern District of Georgia and elsewhere, the defendants herein,

### SCHELLA HOPE and ARLENE MURRELL

did knowingly and willfully combine, conspire, confederate, and agree with each other and others to commit Health Care Fraud, that is, to execute and attempt to execute a scheme and artifice to

3

defraud Medicaid and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of Medicaid, in connection with the delivery of and payment for health care benefits, items and services, in violation of Title 18, United States Code, Section 1347.

12.  It was a part of the conspiracy that Defendants **SCHELLA HOPE** and **ARLENE MURRELL**, aided and abetted by others, would cause false and fraudulent claims to be submitted to Medicaid, seeking reimbursement for nutrition services, when those services were not provided as billed and were not entitled to reimbursement by Medicaid.

All done in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TWENTY
## HEALTH CARE FRAUD
## 18 U.S.C. § 1347

**THE GRAND JURY FURTHER CHARGES THAT:**

13.  The allegations of paragraphs 1 through 12 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

14.  Beginning in or about January 2005 and continuing until in or about September 2011, in the Southern District of Georgia and elsewhere, the defendant herein,

### SCHELLA HOPE

aided and abetted by others, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud Medicaid and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of Medicaid, in connection with the delivery of and payment for health care benefits,

items and services.

15.     To execute and attempt to execute the scheme and artifice, Defendant **SCHELLA HOPE**, aided and abetted by others, submitted, and caused to be submitted, false and fraudulent claims to Medicaid, seeking reimbursement for the nutrition service identified by procedure billing code 97802 in the amount of $44.67 for each claim listed below, for services purportedly performed at the Head Start centers listed below, on or about the dates listed below, for the children whose initials and Medicaid ID numbers are listed below, when in truth and in fact, as Defendant **SCHELLA HOPE** well knew, those nutrition services were not provided as billed and were not entitled to reimbursement by Medicaid:

| COUNT | CLAIM NUMBER | MEMBER MEDICAID ID NUMBER | MEMBER INITIALS | DATE OF CLAIMED SERVICE | HEAD START CENTER |
|---|---|---|---|---|---|
| 2 | 6082690000300608l | ********7636 | S.K. | 09/17/08 | Floyd |
| 3 | 60919500003003913 | ********6799 | D.M. | 07/14/09 | Vidalia |
| 4 | 60919600003009543 | ********1571 | L.Y. | 07/15/09 | Waycross |
| 5 | 60920300003002514 | ********7907 | J.P. | 07/21/09 | Lyons |
| 6 | 60920300003002486 | ********0984 | D.P. | 07/21/09 | Lyons |
| 7 | 60921000003012696 | ********0525 | M.P. | 07/29/09 | Lyons |
| 8 | 60921000003012749 | ********2350 | A.G. | 07/29/09 | Lyons |
| 9 | 60921000003012722 | ********6168 | M.B. | 07/29/09 | Gordon |
| 10 | 60921500003001074 | ********4500 | N.H. | 08/03/09 | Blackshear |
| 11 | 60921500003001719 | ********5952 | V.S. | 08/03/09 | Glennville |
| 12 | 60929300003003731 | ********5396 | L.B. | 10/19/09 | YMCA |
| 13 | 60932900003001921 | ********1621 | M.R. | 11/25/09 | Polk |
| 14 | 61005400003002940 | ********6649 | T.C. | 02/23/10 | Paulding |
| 15 | 61015800003009853 | ********7068 | K.H. | 06/07/10 | Gordon |
| 16 | 61018900003006467 | ********9244 | B.A. | 07/08/10 | Floyd |
| 17 | 61019300003002884 | ********7828 | C.E. | 07/09/10 | Polk |
| 18 | 61019300003002670 | ********4314 | F.J. | 07/09/10 | Paulding |
| 19 | 2211054014778 | ********8906 | A.M. | 01/25/11 | Gordon |
| 20 | 2211054014738 | ********3947 | K.B. | 01/25/11 | Floyd |

All done in violation of Title 18, United States Code, Sections 1347 and 2.

## COUNTS TWENTY-ONE THROUGH THIRTY-NINE
## AGGRAVATED IDENTITY THEFT
## 18 U.S.C. § 1028A

THE GRAND JURY FURTHER CHARGES THAT:

16. The allegations of paragraphs 1 through 15 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

17. On or about the dates listed below, in the Southern District of Georgia, the defendant herein,

### SCHELLA HOPE

aided and abetted by others, did knowingly possess and use, without lawful authority, means of identification of children whose initials are listed below, during and in relation to felony violations of Title 18, United States Code, Section 1347 (Health Care Fraud), as alleged in Counts 2 through 20 of this Indictment:

| COUNT | DATE | VICTIM INITIALS |
|---|---|---|
| 21 | 09/17/08 | S.K. |
| 22 | 07/14/09 | D.M. |
| 23 | 07/15/09 | L.Y. |
| 24 | 07/21/09 | J.P. |
| 25 | 07/21/09 | D.P. |
| 26 | 07/29/09 | M.P. |
| 27 | 07/29/09 | A.G. |
| 28 | 07/29/09 | M.B. |
| 29 | 08/03/09 | N.H. |
| 30 | 08/03/09 | V.S. |
| 31 | 10/19/09 | L.B. |
| 32 | 11/25/09 | M.R. |
| 33 | 02/23/10 | T.C. |
| 34 | 06/07/10 | K.H. |
| 35 | 07/08/10 | B.A. |
| 36 | 07/09/10 | C.E. |

| COUNT | DATE | VICTIM INITIALS |
|---|---|---|
| 37 | 07/09/10 | F.J. |
| 38 | 01/25/11 | A.M. |
| 39 | 01/25/11 | K.B. |

All done in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNTS FORTY THROUGH FORTY-FIVE
## AGGRAVATED IDENTITY THEFT
## 18 U.S.C. § 1028A

**THE GRAND JURY FURTHER CHARGES THAT:**

18. The allegations of paragraphs 1 through 15 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

19. On or about the dates listed below, in the Southern District of Georgia, the defendant herein,

**SCHELLA HOPE**

aided and abetted by others, did knowingly possess and use, without lawful authority, means of identification of a licensed dietician whose initials are M.G., during and in relation to felony violations of Title 18, United States Code, Section 1347 (Health Care Fraud), as alleged in Counts 15 through 20 of this Indictment:

| COUNT | DATE |
|---|---|
| 40 | 06/07/10 |
| 41 | 07/08/10 |
| 42 | 07/09/10 |
| 43 | 07/09/10 |
| 44 | 01/25/11 |
| 45 | 01/25/11 |

All done in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATION

20. The allegations contained in Counts 1 through 20 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(7).

21. Upon conviction of one or more of the offenses set forth in Counts 1 through 20 of this indictment, Defendant **SCHELLA HOPE** shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from gross proceeds traceable to the offense(s).

22. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

A.   cannot be located upon the exercise of due diligence;

B.   has been transferred, or sold to, or deposited with a third party;

C.   has been placed beyond the jurisdiction of the Court;

D.   has been substantially diminished in value; or

E.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to 18 U.S.C. § 982(a)(7), 21 U.S.C.§ 853, 18 U.S.C. 982(b)(1) and 28 U.S.C. § 2461(c).

*(Signatures on the following page)*

(*Signature page for Indictment in U.S. v. Schella Hope and Arlene Murrell*)

A True Bill.

_____
Foreperson

_____
Edward J. Tarver
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division
*Lead Counsel*

_____
James D. Durham
First Assistant United States Attorney

_____
David M. Stewart
Assistant United States Attorney
*Co-Counsel*

_____
Robin E. Daitch
Special Assistant United States Attorney
*Co-Counsel*

9